AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| JONATHAN DAVID GRACE DOB: XXXXXX | ) Case No. |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of January 6, 2021 in the county of _____ in the _____ in the District of Columbia, the defendant(s) violated:

*Code Section*      *Offense Description*

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Obstruct, or Impede Passage, through or within, the Grounds or any of the Capitol Buildings; and
40 U.S.C. § 5104(e)(2)(F) - Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/17/2023

*Judge's signature*

City and state: Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*