AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JONATHAN DAVID GRACE

Case: 1:23-mj-59
Assigned To: Magistrate Judge Zia M. Faruqui
Date: 3/17/2023
Description: Complaint with Arrest Warrant

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                             JONATHAN DAVID GRACE                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Obstruct, or Impede Passage, through or within, the Grounds or any of the Capitol Buildings; and
40 U.S.C. § 5104(e)(2)(F) - Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings.

Date:  03/17/2023

Zia M. Faruqui
Digitally signed by Zia M. Faruqui
Date: 2023.03.17 12:59:52 -04'00'

*Issuing officer's signature*

City and state:  Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/17/2023, and the person was arrested on *(date)* 03/30/2023
at *(city and state)* Denver, Colorado.

Date: 03/30/2023

*Arresting officer's signature*

SA Cally Evanoff
*Printed name and title*