UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 23-cr-138 <br> (USA v. RICHARD COOK et al.) |
| v. | |
| **JONATHAN GRACE,** | **Honorable Judge Reggie Walton** |
| *Defendant.* | |

## MOTION TO MODIFY RELEASE CONDITIONS TO ALLOW FOR HOLIDAY TRAVEL

Defendant, Jonathan Grace, by and through undersigned counsel, hereby submits this motion to request the modification/adjustment of Defendant Jonathan Grace's current release conditions to allow for holiday travel. Specifically, defendant kindly requests the court and his honor to modify/adjust Mr. Graces's current release conditions to allow for travel to Ashland, Kentucky during the dates of December 3, 20203 to December 12, 2023. Mr. Grace would like to visit his family ahead of his sentencing in January. This time period reflects the best compromise to be with family for the Thanksgiving and Christmas holidays at once.

As grounds for this motion, undersigned counsel states that, at the time of the last status hearing, during which Mr. Grace entered a plea, undersigned counsel asked his honor to modify/adjust Mr. Grace's release conditions to allow for the above specified travel allowances. However, since the exact dates were not known at that moment, his honor requested that a motion be filed with exact dates and location once known. Per his honor's instructions we are filing this motion.

Additionally, Mr. Grace has informed his pre-trial officers of his desire to travel to the requested location on the requested dates and pre-trial has no objections- they instructed him to

inform undersigned counsel to make note of their having no objection, to modification/travel allowance, in this motion. Defendant Grace looks forward to the court's order to modify his release conditions to travel to Ashland, Kentucky on December 3, 2023, to December 12, 2023.

Respectfully submitted,

Jonathan Grace
    *Defendant*

By: __/s/ Nabeel Kibria, Esq._____
*Attorney for Defendant (Local Counsel)*
DC BAR NO. 1022468

800 Connecticut Ave. NW, STE 323
Washington, DC 20006
(202)689-4439
nabeel@ervinkibrialaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 23-cr-138 <br> (USA v. RICHARD COOK et al.) |
| v. | |
| JONATHAN GRACE, | Honorable Judge Reggie Walton |
| *Defendant.* | |

## ORDER

Based upon the representations in the Motion to Modify Release Conditions to Allow for Holiday Travel, the court will grant the motion and it is,

**ORDERED** that defendant Jonathan Grace's release conditions be modified /adjusted.

It is further **ORDERED** Defendant be allowed to travel to Ashland, Kentucky between the dates of December 3, 2023 and December 12, 2023.

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

cc: Counsel for the Government
ASHLEY AKERS
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20004
Office: (202) 353-0521
Email: Ashley.Akers@usdoj.gov