UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 23-138-2 (RBW) |
| JONATHAN DAVID GRACE, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the defendant's Motion to Modify Release Conditions to Allow for Holiday Travel, ECF No. 81, and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion to Modify Release Conditions to Allow for Holiday Travel, ECF No. 81, is **GRANTED**. It is further

**ORDERED** that the defendant's conditions of supervised release are **MODIFIED** to allow for his travel to Ashland, Kentucky from December 3, 2023, to December 12, 2023.

**SO ORDERED** this 1st day of November, 2023.

REGGIE B. WALTON
United States District Judge